Mr. Troy Lee Perkins, #1480826
TDCJ-Alfred D. Hughes Unit
Rt. 2 - Box 4400
Gatesville, Texas 76597

72,726-35,34,33
32

Mr. Acosta;

20 May 2015

RE: Deficiency Notice

I sent a carbon copy of my Motion for habeas corpus appeal (Trial Court cause no.s W07-00645-S(A); W07-71769-S(A); W07-71970-S(A); and W07-71990-S(A)), yet; I never received my copy back; "file date stamped," as I requested.

Your office informed me, before; if I wanted a "file date stamped" copy returned to me, I must send a copy. I did that; and, have not received this copy back, as of yet.

If you have already mailed it to me, please disregard this deficiency notice. Thank you for all your time and efforts in this matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

Best Regards,

Troy Lee Perkins, #1480826